AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Surfaces, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Point Blank Enterprises, Inc. <br> Michael Foreman <br> Trigon International, Inc. <br> Cenk Tuncay <br> *Defendant(s)* | ))))))))))))) | Civil Action No. 0:20-cv-62648-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Foreman

2102 SW 2nd Street,
Pompano Beach, Florida 33069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alan Danz

11011 Sheridan Street
Suite 314
Cooper City, Florida 33026

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: _____Dec 23, 2020_____

s/ P. Curtis
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Surfaces, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Point Blank Enterprises, Inc. <br> Michael Foreman <br> Trigon International, Inc. <br> Cenk Tuncay <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 0:20-cv-62648-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Point Blank Enterprises, Inc.

    CT Corporation System
    1200 South Pine Island Rd,
    Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alan Danz

    11011 Sheridan Street
    Suite 314
    Cooper City, Florida 33026

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

SUMMONS

Date: Dec 23, 2020

s/ P. Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Surfaces, Inc.<br><br>*Plaintiff(s)*<br>v.<br>Point Blank Enterprises, Inc.<br>Michael Foreman<br>Trigon International, Inc.<br>Cenk tuncay<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 0:20-cv-62648-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Trigon International, Inc.

Robert V Fitzsimmons
80 SW 8th Street, Miami, Florida 33130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alan Danz

11011 Sheridan Street
Suite 314
Cooper City, Florida 33026

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

SUMMONS

Date:  Dec 23, 2020

s/ P. Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Surfaces, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Point Blank Enterprises, Inc. <br> Michael Foreman <br> Trigon International, Inc. <br> Cenk Tuncay <br> *Defendant(s)* | ))))))))))) | Civil Action No. 0:20-cv-62648-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cenk Tuncay

1643 Brickell Ave. Ste 1902,
Miami, Florida 33129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alan Danz

11011 Sheridan Street
Suite 314
Cooper City, Florida 33026

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date:  Dec 23, 2020

s/ P. Curtis

Deputy Clerk
U.S. District Courts